*Exhibit "A"*

Case 2:17-cv-00162-GJP   Document 1-1   Filed 01/06/17   Page 1 of 12

**LAW OFFICE OF SIMON ROSEN**
By: SIMON ROSEN, ESQ.
ID No. 38603
2019 Walnut Street
Phila., PA  19103
Tel. (215)564-0212
Fax  (215)893-3900
Email: SimonOnKey@Aol.Com
_____

| | |
|---|---|
| TOVA GANZ<br>15 Grove Street<br>Monsey NY 10952,<br>            Plaintiff,<br><br>    vs.<br><br><br>NHS HUMAN SERVICES, INC.,<br>f/k/a THE NORTHWESTERN CORPORATION<br>620 Germantown Pike<br>Lafayette Hill PA 19444     AND<br><br>NHS, INC.<br>111 W. Nittany Avenue<br>State College PA 16801<br>                            AND<br><br>NHS II PROPERTIES, LLC<br>620 Germantown Pike<br>Lafayette Hill PA 19444     AND<br><br>NHS III PROPERTIES, LLC<br>620 Germantown Pike<br>Lafayette Hill PA 19444     AND<br><br>NHS HUMAN SERVICES FOUNDATION<br>620 Germantown Pike<br>Lafayette Hill PA 19444     AND<br><br>THE FUTURES HEALTHCARE, LLC<br>3101 South Gulley Road<br>Suite F<br>Dearborn MI 48124          AND<br><br>THE FUTURES EDUCATION OF<br>MICHIGAN, LLC<br>3231 Gulley Road, Unit E<br>Dearborn MI 48124, | Counsel for Plaintiff<br><br>*Filed and Attested by the<br>Office of Judicial Records<br>17 NOV 2016 12:57 pm<br>M. BRYANT*<br><br><br>COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA<br> FIRST JUDICIAL DISTRICT<br>:<br>CIVIL TRIAL DIVISION<br><br>NOV. TERM, 2016<br>:<br>NO. _____<br><br><br><br>:<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>:<br><br><br><br><br>:<br><br><br><br>: |

1

```
        Defendants.
_____    :
```

## NOTICE TO PLEAD/AVISO

You have been sued in Court.  If you wish to defend against the claims set forth in the following pages, you must take action within Twenty (20) Days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.
IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

```
 PHILADELPHIA BAR ASSOCIATION
 LAWYER REFERRAL and INFORMATION SERVICE
 One Reading Center
 Philadelphia, PA 19107
 (215) 238-1701
```

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes. usted hiene viente (20) dias, de piazo al partir de la fecha de la demanda y la notificacion Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende. la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas la corte puede decidir a favor del demandante y requiere que usted cumpia con todas las provisiones de esta demandea.  Usted puede perder dinero o sus propiedades o otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION

SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

    ASSOCIACION DE LICENDIADOS DE FILADELFIA
    SERVICIO DE REFERENCIA E INFORMACION LEGAL
    One Reading Center
    Filadelfia, Pennsylvania l9l07
    Telefono: 215-238-1701

## CIVIL ACTION: COMPLAINT

## FIRST COUNT: NEGLIGENCE

## (AGAINST ALL DEFENDANTS)

1. Plaintiff TOVA GANZ is a private adult individual Currently residing at the address above-indicated; at all times material hereto, plaintiff resided and worked in the County of Philadelphia, Commonwealth of Pennsylvania, and was a citizen of Pennsylvania.

2. Defendant NHS Human Services, Inc., f/k/a The Northwestern Corporation ("NHS-1") is a Pennsylvania corporation with its principal place of business at the address above-indicated.

3. Defendant NHS Human Services Foundation ("NHS-2") is a Pennsylvania corporation with its principal place of business at the address above-indicated.

3B. Defendants NHS, INC. ("NHS-3"), NHS-II PROPERTIES, LLC ("NHS-II"), and NHS III PROPERTIES, LLC ("NHS-III") and companies affiliated with co-defendants, and upon information and belief

perhaps a parent company of one of more of the co-defendants, with their principal places of business at the addresses above-indicated.

4. Defendant THE FUTURES HEALTHCARE, LLC ("FUTURES-1") is a Michigan limited liability company doing business in the Commonwealth of Pennsylvania and County of Philadelphia with its principal place of business at the address above-indicated.

5. Defendant THE FUTURES EDUCATION OF MICHIGAN, LLC ("FUTURES-2") is a Michigan limited liability company doing business in the Commonwealth of Pennsylvania and County of Philadelphia, with its principal place of business at the address above-indicated.

6. At all times material hereto, defendants acted through their employees, agents, representatives and the like, acting within their course of employment and scope of duties.

7. At all times material hereto, defendants are vicariously liable for the negligent acts and/or omissions of their employees, under the doctrine of respondeat superior.

8. On November 18, 2014, plaintiff TOVA GANZ was dutifully performing her job as an occupational therapist, employed by Special Education and Behavioral Connections, LLC.

9. On that date, plaintiff was working with a client (Mr. Grafenstine, a minor at the time) at his location- 2900 Southampton Road, Philadelphia PA- when for no reason Mr. Grafenstine violently physically attacked plaintiff TOVA GANZ, grabbing her hair and

tossing her to the ground, banging her head repeatedly on the ground, assaulting and battering her for a prolonged period of time, causing serious physical and emotional injuries to plaintiff described more fully hereafter.

9B. At the time of the attack upon plaintiff, defendants owned, possessed, and maintained custody and control of the subject premises and of all entities and persons responsible for the conduct of the assailant Mr. Grafenstine.

10. At the time of the attack upon plaintiff, Mr. Grafenstine suffered from severe emotional pathology, of which defendants had actual and/or constructive knowledge; further, prior to the attack upon plaintiff, Mr. Grafenstine had repeatedly attacked others, including attacking the "principal" in charge of the facility.

11. The accident and ensuing injuries to plaintiff were solely caused by the negligent and careless manner of defendants, which malfeasance consisted of the following:

a) Failing to regard the rights and safety of plaintiff;

b) Failing to take adequate precautions to protect plaintiff from Mr. Grafenstine;

c) Failing to warn plaintiff;

d) Failing to promulgate and abide by sufficient rules, policies and regulations so as to prevent the attach upon plaintiff;

e) Failing to employ proper individuals to watch over,

Case ID: 161101454

monitor and protect others such as plaintiff against Mr. Grafenstine, who had a propensity towards violence;

   f) As to defendants FUTURES-1 and FUTURES-2, failing to obtain proper Certificates of Authority and licenses to do business in the Commonwealth of Pennsylvania and County of Philadelphia;

   g) Failing to hire adequate security personnel to prevent the attack upon plaintiff;

   h) Failing to employ and adequate number of employees to prevent the attack upon plaintiff;

   i) Failing to properly train their employees so at to prevent the attack upon plaintiff;

   j) Failing to transfer Mr. Grafenstine to another facility out of harm's way;

   k) Permitting Mr. Grafenstine to be taught by plaintiff TOVA GANZ even though defendants' knew that he was a ticking time bomb;

   l) as to such defendant(s) who owned the subject premises, for failing to discharge their duties as owners in possession, to protect against such dangerous conditions that led to this brutal attack;

   m) Otherwise committing negligence at law in conformity with the proofs at trial.

   11. As a result of defendants' tortuous conduct, plaintiff

Case ID: 161101454

sustained physical and emotional injuries, inclusive but not limited to the following:  **Closed head injury with permanent cognitive deficiencies; brain damage; Concussion; Post-concussion syndrome; Migraines; Post-Traumatic Stress Disorder; Fatigue; Sleep disturbance; Depresssion; Anxiety; Tinnitus; Diplopia Secondary to Congenital Convergence Insufficiency; Fibromyalgia; Fractured nose -** some or all of which are permanent in nature;

   12. As a further result of this accident, plaintiff is undergoing and shall continue to endure great physical and mental anguish and she will continue to endure same for an indefinite period of time into the future, to her great detriment and loss.

   13. As a further result of this accident, plaintiff has suffered a loss of past and present earnings, and future earning capacity, all of which shall continue indefinitely into the future.

   14. As a further result of this accident, plaintiff has suffered, and shall continue to suffer indefinitely into the future, a loss of life's daily pleasures and pursuit of her daily duties and avocations, all to her great detriment and loss.

   15. As a further result of this accident, plaintiff has incurred medical-related expenses not covered by insurance, which expenses shall continue to mount indefinitely into the future.

   16. As a further result of this accident, plaintiff shall incur additional pecuniary losses not aforepleaded, and plaintiff

Case ID: 161101454

seeks recovery for such losses in accordance with the proofs at trial.

WHEREFORE, on her First Count, plaintiff TOVA GANZ demands judgment in her favor and against all defendants, jointly and severally, for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs, prejudgment interest, delay damages, and such other and further relief as this Court may deem proper.

### SECOND COUNT: NEGLIGENT SUPERVISION
### PLAINTIFF VS. ALL DEFENDANTS

17. Paragraphs 1-16 of this Complaint are incorporated by reference as though fully set forth herein and made a part hereof.

18. Defendants negligently supervised their employees, agents, and representative, which employees were charged with the duty to protect plaintiff from being attacked by Mr. Grafenstine.

19. As a direct and proximate result of defendants' breach of duty, vis a vis negligent supervision, plaintiff TOVA GANZ sustained injuries as aforepleaded.

20. Defendants are liable to plaintiff under the doctrine of negligent supervision.

WHEREFORE, on her Second Count, plaintiff TOVA GANZ demands judgment in her favor and against all defendants, jointly and severally, for an amount in excess of Fifty Thousand Dollars

Case ID: 161101454

($50,000.00), plus costs, prejudgment interest, delay damages, and such other and further relief as this Court may deem proper.


Dated: November 14, 2016    Respectfully submitted,

                                 **/Simon J. Rosen, Esq./**
                                 **Counsel for Plaintiff**

Case ID: 161101454

*Exhibit "B"*

| | |
|---|---|
| **LAW OFFICE OF SIMON ROSEN**<br>By: SIMON ROSEN, ESQ.<br>ID No. 38603<br>2019 Walnut Street<br>Phila., PA  19103<br>Tel. (215)564-0212<br>Fax  (215)893-3900<br>Email: SimonOnKey@Aol.Com | Counsel for Plaintiff<br>*Filed and Attested by the*<br>*Office of Judicial Records*<br>*12 DEC 2016 05:24 pm*<br>*K. EDWARDS* |
| _____ | |
| TOVA GANZ<br>15 Grove Street<br>Monsey NY 10952,<br>           Plaintiff,<br><br>    vs.<br><br>NHS HUMAN SERVICES, INC.,<br>f/k/a THE NORTHWESTERN CORPORATION<br>et al.<br>_____ | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA<br> FIRST JUDICIAL DISTRICT<br>:<br>CIVIL TRIAL DIVISION<br><br>NOV. TERM, 2016<br>:<br>NO. 1454 |

**CERTIFICATE OF SERVICE**

To The Prothonotary:

    I, Simon Rosen, Esq., counsel for plaintiff, certify that a true and correct copy of Complaint with Notice to Plead was duly served upon defendant NHS, INC., by personal service, hand delivery, on December 8, 2016 by Sheriff's Office of Centre County, at said defendant's address, as set forth on the Centre County Sheriff's Return of Service form attached hereto and incorporated by reference.

Dated: 12/12/2016            /Simon Rosen, Esq./

1

Case ID: 161101454